No. 01–11. TUTER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–12. ZAMOS *v.* ZAMOS. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–13. KOULEGEORGE *v.* ILLINOIS HUMAN RIGHTS COMMISSION ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–18. FLORIDA *v.* ROGERS. Sup. Ct. Fla. Certiorari denied.

No. 01–19. F/V QUALITY ONE, IN REM, ET AL. *v.* GOWEN, INC. C. A. 1st Cir. Certiorari denied.

No. 01–20. LOWE *v.* IOWA. Ct. App. Iowa. Certiorari denied.

No. 01–21. BENNETT *v.* BENNETT. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 01–22. SUNDANCE HOMES, INC., ET AL. *v.* COUNTY OF DU-PAGE ET AL. Sup. Ct. Ill. Certiorari denied.

No. 01–23. ROYAL CARIBBEAN CRUISES, LTD. *v.* DUARTE. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 01–24. KENNEDY *v.* GOLDIN, ADMINISTRATOR, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION. C. A. 11th Cir. Certiorari denied.

No. 01–26. SMITH *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 01–27. SULLIVAN, INDIVIDUALLY AND DBA SULLIVAN MACHINE & TOOL CO., ET AL. *v.* BILES ET AL. Sup. Ct. Ala. Certiorari denied.

No. 01–28. KELLY, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY *v.* NOBLE. C. A. 2d Cir. Certiorari denied.

No. 01–31. HOLBROOK *v.* NATIONWIDE MUTUAL INSURANCE Co. C. A. 11th Cir. Certiorari denied.